**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
  E-Mail: raphael@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone:   415.362.2580
Facsimile:    415.434.0882

Attorneys for Defendant CAPPO MANAGEMENT XXIII, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN FRIEDENBERG,<br>        Plaintiff,<br><br>    vs.<br><br>CAPPO MANAGEMENT XXIII, INC., a corporation; CHRIS O'CONNELL, an individual; and DOES ONE through TWENTY,<br>        Defendants. | CASE NO. CV12 6206 HRL<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, BENJAMIN FRIEDENBERG, and defendants, CAPPO MANAGEMENT XXIII, INC. and CHRIS O'CONNELL, by and through their respective attorneys of record and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned action, having been settled by the parties, be dismissed with prejudice.

DATED: February 27, 2013        LAW OFFICES OF TERRY L. BAKER

                                    By:      /s/ Terry L. Baker
                                             Terry L. Baker
                                             Attorneys for Plaintiff BENJAMIN FRIEDENBERG

DATED: February 27, 2013        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By:      /s/ Roger S. Raphael
                                            Roger S. Raphael
                                             Attorneys for Defendant CAPPO MANAGEMENT XXIII, INC. dba OCEAN HONDA

**IT IS SO ORDERED**, that the Complaint of plaintiff BENJAMIN FRIEDENBERG against defendants, CAPPO MANAGEMENT XXIII, INC. and CHRIS O'CONNELL is hereby dismissed with prejudice.

DATED: February __, 2013     By:_____
                                Honorable Judge Howard R. Lloyd
                                United States District Court Judge